# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24-CR-2404-H |
|---|---|
| Plaintiff, | Hon. Marilyn L. Huff |
| vs. | |
| **ANIBAL DIAZ RODRIGUEZ** | **ORDER TO WAIVE PRE-SENTENCE REPORT AND PROCEED WITH CHR FOR SENTENCING HEARING** |
| Defendant. | |

GOOD CAUSE appearing, **IT IS HEREBY ORDERED** that the motion to proceed to sentencing with a Criminal History Report rather than a Pre-sentence Report, and to advance sentencing from March 17, 2025, to February 24, 2025 at 9:00 a.m. before the Honorable Marilyn L. Huff is GRANTED.

**IT IS SO ORDERED.**

Dated: 1/22/25

HONORABLE MARILYN L. HUFF
United States District Judge